*A. C. Donald*, for the appellant.

---

## Vansvoorst *v.* Vanscoy.

APPEAL from the *White* Circuit Court.

*Per Curiam.*—This case was submitted at the *November* term, 1858, of this Court.    No brief has been filed by the appellant.    The errors assigned on the record will, therefore, be considered waived.    See rule 28 of the Supreme Court; Perk. Pr. 722.    The judgment must be affirmed.

The judgment is affirmed with 7 per cent. damages and costs.

*D. Mace* and *J. L. Miller*, for the appellant.

*S. A. Huff*, *D. Turpie*, and *R. Jones*, for the appellee.